UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DAVID WALLACE, :
        Plaintiff, :    No. 5:15-cv-462
:
v. :
:
CARPENTER TECHNOLOGY CORP., :
        Defendant. :

**O R D E R**
**Plaintiff's Motion for Partial Summary Judgment, ECF No. 19 – Denied**

**AND NOW,** this 8th day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**: Plaintiff's Motion for Partial Summary Judgment, ECF No. 19, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge